UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>505 South Livingston Avenue Realty, LLC,<br>    Debtor. | Case No.: 21-14597 (RG)<br>Chapter: 11<br>Judge: Rosemary Gambardella |

## NOTICE OF PROPOSED PRIVATE SALE

_____, __The Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court<br>District of New Jersey<br>P.O. Box 1352<br>Newark, NJ 07101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __February 15, 2022__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | Commercial Real Estate<br>505 South Livingston Avenue<br>Livingston, New Jersey |
|---|---|

| Proposed Purchaser: | Jack DaSilva<br>c/o Steven Azzolini, Azzolini and Benedetti, LLC<br>134 Columbia Turnpike, Florham Park, NJ 07932 |
|---|---|

| Sale price: | $700,000 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Newmark Assocates CRE, LLC |
|---|---|
| Amount to be paid: | 5% of gross sales price |
| Services rendered: | Commerical Real Estate Broker |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Robert L. Schmidt, Esq.

Address: Ast & Schmidt, PC, P.O. Box 1309, 222 Ridgedale Ave., Morristown, NJ 07962

Telephone No.: 973-984-1300; Fax: 973-984-1478; email: robert@astschmidtlaw.com

*rev.8/1/15*